# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

136744 & (51)(55)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JIMMY LEE HOLLINS,
        Defendant-Appellant.

SC: 136744
COA: 272181
Kent CC: 05-011444-FC

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the April 29, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for discovery is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

_____
Clerk

0915